PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
Attorney for BAC Home Loans Servicing, LP
C.094-20342

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                           Bk. No. 10-72312

WARREN LELAND OBERHOLSER AND                    Chapter 13
VICTORIA MARIE OBERHOLSER,
                                                NOTICE OF APPEARANCE
   Debtors.

_____/

BAC Home Loans Servicing, LP, its assignees and/or successors in interest, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings on behalf of BAC Home Loans Servicing, LP. The undersigned hereby requests that any pleadings and documents that BAC Home Loans Servicing, LP is entitled to, be mailed to said attorneys addressed as follows:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

Dated: November 23, 2010              By */s/ David F. Makkabi*
                                         David F. Makkabi, Esquire #249825

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On November 29, 2010, I served the within NOTICE OF APPEARANCE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Warren Leland Oberholser
Victoria Marie Oberholser
5444 San Antonio St.
Pleasanton, CA 94566
Debtors

Corrine Bielejeski, Esquire
Law Offices of Patrick L. Forte
1 Kaiser Plaza, #480
Oakland, CA 94612
Attorney for Debtors

Martha G. Bronitsky
P. O. Box 5004
Hayward, CA 94540-5004
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2010, at Woodland Hills, California.

/s/ Tina Gaboyan