B 210A (Form 210A) (12/09)




# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  WARREN & VICTORIA OBERHOLSER   ,          Case No.  10-72312

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lake Icon Portfolio Management, LLC | Banco Popular North America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Lake Icon Portfolio Management, LLC
1557 North East 164th Street, Suite 201
North Miami Beach, FL 33162

Court Claim # (if known): _____12_____
Amount of Claim: _____$70,152.85_____
Date Claim Filed: _____04/25/2011_____

Phone:    1-888-448-4197
Last Four Digits of Acct #:     5034

Phone:    1-800-597-3289
Last Four Digits of Acct. #:    5034

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  Karen Segarra-Silva                    Date:   05/15/2012
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.