PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed May 17, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 10-72312 RLE |
| **WARREN LELAND OBERHOLSER and VICTORIA MARIE OBERHOLSER,** | Chapter 13 |
| Debtors. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtors having served a Motion to Modify Chapter 13 Plan on April 17, 2013, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows: Debtors do not elect to have the property of the estate described below revest in the Debtors upon confirmation of the plan. This Order pertains solely to the real property located at 5444 San Antonio Street, Pleasanton, CA 94566 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real property including, but not limited to post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
E-Loan, Inc.
120 Broadway 16th Floor
New York, NY 10271

Attn: Officer
E-Loan, Inc.
C/o CT Corporation System
818 W 7th Street
Los Angeles, CA 90017

Attn: Officer
Wells Fargo Bank, NA
101 N. Phillips Avenue
Sioux Falls, SD 57104

Attn: Officer
Wells Fargo Bank, NA
C/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833