```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-72312 RLE |
| **WARREN LELAND OBERHOLSER and VICTORIA MARIE OBERHOLSER,** | Chapter 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 7, 2013, I served the within;

**Motion to Value Security of Lake Icon Portfolio Management I, LLC as Successor In Interest to Banco Popular North America as Successor In Interest to E-Loan, Inc.; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtors' Motion to Value Lien; Declaration of Debtor in Support of Debtor's Motion to Value Lien; Chapter 13 Plan filed on October 26, 2012 as docket #2**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
Wells Fargo Bank, NA
101 N. Phillips Avenue
Sioux Falls, SD 57104
/

Page 1 of 3

Case: 10-72312   Doc# 50-1   Filed: 06/07/13   Entered: 06/07/13 14:14:20   Page 1 of 3

```
 1  Attn: Officer
    Wells Fargo Bank, NA
 2  C/o CSC – Lawyers Incorporating Service
    2710 Gateway Oaks Drive, Suite 150N
 3  Sacramento, CA 95833

 4  and on the below-named in this action by placing a true copy thereof
    in a sealed envelope with first-class postage thereon fully paid in
 5  the United States Mail at Oakland, CA addressed as follows:

 6  Attn: Officer or Managing Agent
    Lake Icon Portfolio Management I, LLC
 7  1557 North East 164th Street, Suite 201
    North Miami Beach, FL 33162
 8
    Attn: Officer or Managing Agent
 9  E-Loan, Inc.
    120 Broadway 16th Floor
10  New York, NY 10271

11  Attn: Officer or Managing Agent
    E-Loan, Inc.
12  C/o CT Corporation System
    818 W Seventh Street
13  Los Angeles, CA 90017

14  Attn: Bankruptcy Department
    BAC Home Loan Servicing, LP
15  Mail Stop: CA6-919-01-23
    400 National Way
16  Simi Valley, CA 93065

17  Attn: Officer or Managing Agent
    Mortgage Electronic Registration Systems, Inc.
18  1818 Library Street, Suite 300
    Reston, VA 20190
19
    Attn: Officer or Managing Agent
20  Mortgage Electronic Registration Systems, Inc.
    C/o Genpact Registered Agent, Inc.
21  15420 Laguna Canyon Road, Suite 100
    Irvine, CA 92618
22
    Attn: David F. Makkabi
23  BAC Home Loans Servicing, LP
    C/o Prober & Raphael, a Law Corporation
24  20750 Ventura Blvd., Suite 100
    Woodland Hills, CA 91364
25  /
    /
26  /
```

```
Attn: Steven Kane
B-Line, LLC
PO Box 91121
Dept. 550
Seattle, WA 98111-9221

Attn: BMW Financial Services, NA LLC Dept.
Ascension Capital Group, Inc.
Account: 2101
PO Box 201347
Arlington, TX 76006

Attn: Josephine E. Piranio
Wells Fargo Bank, NA aka
Wachovia Mortgage a Division of Wells Fargo Bank, NA
And fka Wachovia Mortgage, FSB, fka World Savings Bank, FSB
C/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933
```

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 7, 2013        /s/ Joe P. Segura
                                                    Joe P. Segura