PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed July 8, 2013

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**WARREN LELAND OBERHOLSER and VICTORIA MARIE OBERHOLSER,**<br><br>                    Debtors.<br>_____/ | Case No. 10-72312 RLE<br><br>Chapter 13<br><br>ORDER VALUING LIEN OF LAKE ICON PORTFOLIO MANAGEMENT I, LLC AS SUCCESSOR IN INTEREST TO BANCO POPULAR NORTH AMERICA AS SUCCESSOR IN INTEREST TO E-LOAN, INC. |

   On June 7, 2013, Warren Leland Oberholser & Victoria Marie Oberholser (hereinafter Debtors) served a motion to value the lien of Lake Icon Portfolio Management I, LLC as successor in interest to Banco Popular North America as successor in interest to E-Loan, Inc. (hereinafter Lienholder) against the property commonly known as 5444 San Antonio Street, Pleasanton, CA 94566, which lien was recorded by Mortgage Electronic Registration Systems, Inc. on behalf of the lender E-loan, Inc. in Alameda County on or about May 29, 2007, as document 2007202397 and was assigned to Lake Icon Portfolio Management I, LLC as successor in interest to Banco Popular North America as successor

in interest to E-Loan, Inc. through an unrecorded Corporation Assignment of Deed of Trust (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment or order voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Attn: Officer<br>Lake Icon Portfolio Management I, LLC |
| 3 | 1557 North East 164th Street, Suite 201<br>North Miami Beach, FL 33162 |
| 4 | |
| 5 | Attn: Officer<br>E-Loan, Inc. |
| 6 | 120 Broadway 16th Floor<br>New York, NY 10271 |
| 7 | Attn: Officer |
| 8 | E-Loan, Inc.<br>C/o CT Corporation System |
| 9 | 818 W Seventh Street<br>Los Angeles, CA 90017 |