B 210A (Form 210A) (12/09)

4:08pm FILED LM
SEP 2 2 2015
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Warren & Victoria Oberholser, Case No. 10-72312

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| National Note Group DE LLC1 | Lake Icon Portfolio Management I, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1135 Clifton Ave Sutie 204
Clifton, NJ 07013

Phone: 973-261-8050
Last Four Digits of Acct #: 5034

Court Claim # (if known): 12
Amount of Claim: $70,152.85
Date Claim Filed: 05/15/2012

Phone: 888-448-4197
Last Four Digits of Acct. #: 5034

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S

Case # : 10-72312-RLECL
Debtor.: WARREN LELAND OBERHOLSER
Judge..: ROGER EFREMSKY
Trustee: MARTHA BRONITSKY
Chapter: CL
------------------------------------
Filed : September 22, 2015 16:08:58
Deputy : LM
Receipt: 40095768
Amount : $25.00
------------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Northern District Of California

Case: 10-72312   Doc# 56   Filed: 09/22/15   Entered: 09/23/15 10:43:55   Page 1 of 1